# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **United States of America** *ex rel.* **Jeffrey Morgan, M.D.,** | § § § § | |
| Plaintiffs, | § § | Case No. 4:19-cv-2925 |
| | § | |
| v. | § § | Judge George C. Hanks |
| | § § | **FILED EX PARTE AND UNDER SEAL** |
| **Baylor St. Luke's Medical Center; Baylor College of Medicine; David A. Ott, M.D.; Joseph Coselli, M.D.; Joseph Lamelas, M.D.; and Surgical Associates of Texas, P.A.,** | § § § § § § § | |
| Defendants. | § | |

## NOTICE OF ELECTION TO INTERVENE FOR SETTLEMENT PURPOSES

The United States notifies the Court that it will intervene in the above-styled *qui tam* action to effectuate a settlement reached between the parties. As of today, all of the settling parties have signed the agreement. The government expects payment to be made in the coming days. Once that occurs, the government will file dismissal papers along with a proposed order unsealing the complaint and other relevant filings.

In the meantime, however, the government requests that the action be kept under seal.

Dated: June 13, 2024

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Brad R. Gray*
Brad R. Gray
Assistant United States Attorney
*Attorney-in-Charge*
Southern District No. 2827958
Texas Bar No. 24097759
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel.: (713) 567-9599
Fax: (713) 718-3300
Email: Brad.Gray@usdoj.gov

*Counsel for the United States*