IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America *ex rel.* Jeffrey Morgan, M.D., | § § § § | |
| Plaintiffs, | § § | Case No. 4:19-cv-2925 |
| v. | § § § | Judge George C. Hanks |
| | § § § | |
| Baylor St. Luke's Medical Center; Baylor College of Medicine; David A. Ott, M.D.; Joseph Coselli, M.D.; Joseph Lamelas, M.D.; and Surgical Associates of Texas, P.A., | § § § § § § | |
| Defendants. | | |

### JOINT STIPULATION OF DISMISSAL BY UNITED STATES AND RELATOR

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America and Jeffrey Morgan, M.D. (the "Relator") file this *Joint Stipulation of Dismissal*. The parties have agreed to resolve this matter pursuant to the Settlement Agreement executed on June 13, 2024 (the "Settlement Agreement"). A copy of that agreement is attached to this stipulation as **Exhibit 1**.

**Terms of Dismissal**: In accordance with the Settlement Agreement, the United States and the Relator jointly stipulate to the following:

1) The United States agrees to dismissal <u>with prejudice</u> of any claims asserted in this action that are (i) against Defendants Baylor St. Luke's Medical Center, Baylor College of Medicine, and Surgical Associates of Texas, P.A.; and (ii)

included within the "Covered Conduct" as defined in Paragraph G of the Settlement Agreement;

2) The United States's dismissal is <u>without prejudice</u> as to any other claims other than the "Covered Conduct" as defined in Paragraph G of the Settlement Agreement or against any other parties who were not specifically released in the Settlement Agreement;

3) The Relator agrees to dismissal <u>with prejudice</u> as to all claims he asserted or could have asserted in this action; and

4) The Court retains jurisdiction for any disputes relating to the Settlement Agreement.

**Unsealing of Certain Pleadings**: Upon dismissal, the government requests that only the following pleadings be unsealed:

1) The United States' Notice of Election to Intervene for Settlement Purposes [Dkt. 34];

2) The Joint Stipulation of Dismissal (including exhibits)[1]; and

3) The Order of Dismissal entered by the Court.

The government asks that all other materials in this matter (including, but not limited to, any applications filed by the United States for an extension of time in which to intervene) remain under seal and not be made public or served on Defendants at any time. The United States makes this request because such materials discuss the content and extent of the United States' investigation, and they are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is attached for the Court's convenience.

---

[1] In addition to the Settlement Agreement (Exhibit 1), the government is submitting a redacted version of the Second Amended Complaint as **Exhibit 2** to this Joint Stipulation. The unredacted version of the Second Amended Complaint was filed under seal on September 26, 2022. The redactions reflected in Exhibit 2 are designed to remove patient information and other non-substantive details (*i.e.*, addresses) that are not necessary for the public record.

Dated: June 21, 2024

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Brad R. Gray*
Brad R. Gray
Assistant United States Attorney
*Attorney-in-Charge*
Southern District No. 2827958
Texas Bar No. 24097759
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel.: (713) 567-9599
Fax: (713) 718-3300
Email: Brad.Gray@usdoj.gov

*Counsel for the United States*

**AHMAD ZAVITSANOS & MENSING P.C.**

By: */s/ David Warden (by permission)*
David Warden
Attorney-in-Charge
Texas Bar No. 20856750
Fed. ID 11604
Joseph Y. Ahmad
Texas Bar No. 00941100
Fed ID. 11604
Nathan B. Campbell
Texas Bar No. 24097455
Fed. ID 2745040
1221 McKinney Street, Suite 2500
Houston, Texas 77010-2009
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
dwarden@azalaw.com
joeahmad@azalaw.com
ncampbell@azalaw.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough
Texas Bar No. 24084129
Fed. ID 2451377
917 Franklin, Suite 220
Houston, Texas 77002-1741
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
patrick@fosteryarborough.com

*Counsel for Relator Jeffrey A. Morgan, M.D.*