**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **United States of America *ex rel.* Jeffrey Morgan, M.D.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | **Case No. 4:19-cv-2925** |
| | § | |
| **v.** | § | **Judge George C. Hanks** |
| | § | |
| | § | |
| | § | |
| **Baylor St. Luke's Medical Center; Baylor College of Medicine; David A. Ott, M.D.; Joseph Coselli, M.D.; Joseph Lamelas, M.D.; and Surgical Associates of Texas, P.A,** | § | |
| | § | |
| **Defendants.** | | |

**<u>ORDER OF DISMISSAL</u>**

After reviewing the *Joint Stipulation of Dismissal* filed by the United States and Relator Jeffrey Morgan, M.D. (the "Relator"), the Court **ORDERS** the following:

1. As to the United States, the Court dismisses the action with prejudice as to all claims asserted in this action that are (i) against Defendants Baylor St. Luke's Medical Center, Baylor College of Medicine, and Surgical Associates of Texas, P.A.; and (ii) included within the "Covered Conduct" as defined in Paragraph G of the Settlement Agreement.

2. As to the United States, the Court dismisses the action without prejudice as to any other claims other than the "Covered Conduct" as defined in Paragraph G of the the Settlement Agreement or against any other parties or defendants who were not released in the Settlement Agreement.

3. As to the Relator, the Court dismisses the action with prejudice as to all claims he asserted or could have asserted.

4. The Court retains jurisdiction for any disputes relating to the Settlement Agreement.

5. The United States' Notice of Election to Intervene for Settlement Purposes [Dkt. 34]; and the Joint Stipulation of Dismissal (including Exhibits 1 and 2 to the Joint Stipulation) are unsealed.

6. All other contents of the Court's file in this action will remain under seal and not made public.

Signed in Houston, Texas, on ________________________, 2024.

________________________
Hon. George C. Hanks, Jr.
United States District Judge